# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1286
LT Case No. 2018-CA-000456

_____

SUMMERWIND CIRCLE 49, LLC,

    Appellant,

    v.

BAYVIEW LOAN SERVICING, LLC,
FLAGLER COUNTY LAND TRUST
#07-11-31-0310-00020-0940,
TERRA MAR PROPERTY
MANAGEMENT, LLC, as
SUCCESSOR TRUSTEE TO
NOISUFNOC, LLC, et al.,

    Appellees.

_____

Nonfinal appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Gregory Bryl, Sunny Isles Beach, for Appellant.

Kimberly George, of Deluca Law Group, Fort Lauderdale, for
Appellee, Bayview Loan Servicing, LLC.

No Appearance for Remaining Appellees.

March 19, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____